HOFFMAN, Respondent, v. WULSTEIN, Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. December 3, 1909.) Action by Wilhelmine Hoffman against Bertha Wulstein. No opinion. Motion denied, without costs, on condition that the defendant perfect her appeal by December 9th; otherwise, motion granted, with $10 costs.